# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133201 & (50)(51)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

LOREN DEPREE GREENE,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133201
COA: 262676
Jackson CC: 04-001348-FC

  On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel and for remand to the trial court are DENIED.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007 _____    _____
                    Clerk

p0618